People v Villanueva (2023 NY Slip Op 01016)

People v Villanueva

2023 NY Slip Op 01016

Decided on February 22, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 22, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
REINALDO E. RIVERA
LARA J. GENOVESI
JANICE A. TAYLOR, JJ.

2016-06405
 (Ind. No. 2118/11)

[*1]The People of the State of New York, respondent,
v
George Villanueva, appellant.

Stephen N. Preziosi, New York, NY, for appellant.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove and Morgan J. Dennehy of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a resentence of the Supreme Court, Kings County (Neil Jon Firetog, J.), imposed May 19, 2016, upon remittitur from this Court for resentencing after modification (see People v Villanueva, 136 AD3d 1068) reducing his conviction of aggravated manslaughter in the first degree, upon a jury verdict, to aggravated manslaughter in the second degree.
ORDERED that the resentence is affirmed.
Contrary to the defendant's contention, the resentence imposed was not excessive (see People v Suitte, 90 AD2d 80).
DUFFY, J.P., RIVERA, GENOVESI and TAYLOR, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court